NATHAN LEVY and Others, Appellants, v. EDWIN ATKINSON BAYLES and Another, Respondents.— Order denying plaintiffs' motion to direct the clerk of Trial Term, Part II, to accept a new note of issue without the payment of an additional fee, and for other relief, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ALLAN D. KAYTON and Others, Respondents, v. FRED F. FRENCH INVESTING COMPANY, INC., and Others, Appellants, Impleaded with Others.— Order denying motion of defendants-appellants for a severance of plaintiffs' causes of action, or, in the alternative, to strike certain allegations from the amended complaint as irrelevant, and for other relief, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of RICHMOND ENGINEERING & CONTRACTING COMPANY, INC., for an Order Summarily Discharging from the Record a Notice of Lien, Pursuant to Section 21 of the Lien Law. OLE T. KVENIK, Lienor-Appellant-Respondent; RICHMOND ENGINEERING & CONTRACTING COMPANY, INC., Respondent-Appellant.— Order, in so far as it grants the lienor's cross-motion to amend the notice of mechanic's lien *nunc pro tunc*, reversed, with twenty dollars costs and disbursements to the petitioner, and the cross-motion denied. In all other respects the order is affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

SAMUEL D. LASKY, Appellant, v. ROSE OLLENDORF and Others, as Executors, etc., Respondents.— Order denying plaintiff's motion to remove action pending in the Municipal Court of the City of New York, Borough of Brooklyn, Second District, and to consolidate it with the action pending in the Supreme Court, unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

LOUIS JERSAWIT, as Trustee in Bankruptcy of SANITENE CORPORATION, Bankrupt, Respondent, v. HENRY J. KALTENBACH, Appellant, Impleaded with Another. — Order, so far as appealed from, denying motion of defendant-appellant for a bill of particulars unanimously reversed, with twenty dollars costs and disbursements, and the motion in all respects granted. No opinion. Verified bill of particulars to be served within forty days after service of order. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

GUSTIE FRACKMAN and SAMUEL FRACKMAN, Appellants, v. R. H. MACY & Co., INC., Respondent.— Order denying plaintiffs' motion for an examination of defendant before trial unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

GOLDYE B. ROSENBERG, Respondent, v. FRANK G. SHATTUCK COMPANY, Trading under the Name of SCHRAFFT's, Appellant.— Order denying defendant's motion to dismiss complaint for failure to prosecute, on condition that plaintiff procure the case to be noticed for the December, 1935, term, unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.